UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21-mj-17-JHR |
| | ) | |
| NATHAN LIBBY | ) | 14 U.S.C. § 521(c) |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
[False Distress Call]

On about December 3, 2020, at approximately 6:36 a.m., in the District of Maine, the defendant,

### NATHAN LIBBY

did knowingly and willfully communicate a false distress message to the Coast Guard and cause the Coast Guard to attempt to save lives and property when no help was needed, that is while at the Spruce Head Fisherman's Co-op, **LIBBY** did use the VHF radio, channel 16, to call that he was onboard a boat that had lost its rudder and was taking on water, or words to that effect, when, in fact, he was on land and there was no such vessel in distress, causing the Coast Guard to deploy resources in an attempt to save lives when no help was needed.

In violation of Title 14, United States Code § 521(c).

1

I further state that I am a Special Agent with the United States Coast Guard Investigative Service, and that this criminal complaint is based on the facts set forth in the attached affidavit, which is incorporated herein by reference.

Dated at Portland this 26 day of January, 2021.

Mark Root
Special Agent
United States Coast Guard Investigative Service
Portland, Maine

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jan 27 2021

City and state: Portland, ME

Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title

2