AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2021 FEB 10 A 9:16

_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| NATHAN LIBBY | ) Case No. 2:21-mj-17-JHR |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  NATHAN LIBBY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and willfully communicated a false distress message to the U.S. Coast Guard in violation of 14 U.S.C. Sec. 521(c).

Date and time issued: 11:34 am, Jan 27 2021

City and state: Portland, ME

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/27/2021, and the person was arrested on *(date)* 1/29/21
at *(city and state)* Rockland, ME

Date: 2/1/21

FOR USCG
*Arresting officer's signature*

Oasm T Crawford
*Printed name and title*